**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: TAKING IN EMINENT DOMAIN OF   :   No. 558 MAL 2022
CERTAIN PARCEL OF REAL ESTATE   :
LOCATED AT 401-403 EAST FOURTH   :
STREET AND 405 EAST FOURTH   :   Petition for Allowance of Appeal
STREET, IN THE CITY OF BETHLEHEM,   :   from the Order of the
NORTHAMPTON COUNTY,   :   Commonwealth Court
PENNSYLVANIA BY THE   :
REDEVELOPMENT AUTHORITY OF THE   :
CITY OF BETHLEHEM, PENNSYLVANIA   :
  :
  :
PETITION OF: KALAVATHI SHUNMUGAM   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.